1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| JOSE MURRILLO | ) | |
|---|---|---|
| | ) | Civil Action No. 1:06-cv-01697 AWI SMS |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted 30 day extension of time, until August 24, 2007, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, November 22, 2006, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: July 23, 2007 | /s/ Charles D. Oren |
| 2 | | CHARLES D. OREN,<br>Attorney for Plaintiff. |
| 3 | Dated: July 25, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Theophous H. Reagans<br>(as authorized via facsimile)<br>THEOPHOUS H. REAGANS |
| 7 | | Special Assistant U.S. Attorney |

8    IT IS SO ORDERED.

9    Dated:  7/26/2007

10                                     /s/ Sandra M. Snyder
                                       SANDRA M. SNYDER
11                                     United States Magistrate Judge