Charles D. Oren, Esq. #103038
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| Jose Murillo, | 1:06-CV-1697 LJO SMS |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on November 15, 2006 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

   Dated: November 1, 2007           /s/ Charles D. Oren

                                     CHARLES D. OREN, ESQ.
                                     Attorney for Plaintiff

   Dated: November 13, 2007

                                     MCGREGOR SCOTT
                                     United States Attorney

1
2                                           By: /s/ Theophous H. Reagans
                                            (as authorized via facsimile)
3                                           THEOPHOUS H. REAGANS
                                            Assistant U.S. Attorney
4  IT IS SO ORDERED.

5  **Dated:   November 14, 2007**              /s/ Lawrence J. O'Neill
                                            _____
6                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28